No. 44. FLORIDA ASPHALT PAVEMENT MANUFACTURING CO. ET AL. *v.* FEDERAL RESERVE BANK OF ATLANTA. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Herbert S. Phillips* for petitioners. No appearance for respondent.

No. 87. DAVIS *v.* FEDERAL RESERVE BANK OF ATLANTA. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Burton G. Henson* for petitioner. No appearance for respondent.

No. 45. KANSAS OR KAW TRIBE OF INDIANS *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Edward T. Miller* for petitioner. *Solicitor General Reed, Assistant Attorney General Blair,* and *Mr. George T. Stormont* for the United States.

No. 50. MUNOZ ET AL. *v.* PORTO RICO RAILWAY, LIGHT & POWER CO. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby, Benjamin J. Horton,* and *Nathan R. Margold* for petitioners. *Mr. Henri Brown* for respondent.

No. 51. COLLIER ET AL. *v.* KING, SHERIFF. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. W. D. Bell* for petitioners.